Kane Moon (SBN 249834)
kmoon@moonlawgroup.com
H. Scott Leviant (SBN 200834)
hsleviant@moonlawgroup.com
Mariam Ghazaryan (SBN 341119)
mghazaryan@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa St., Suite 3100
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff, NOE ARMENDARIZ

Ronald J. Holland (SBN 148687)
Ron.holland@gtlaw.com
Ryan C. Bykerk (SBN 274534)
bykerkr@gtlaw.com
**GREENBERG TRAURIG LLP**
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone: 415-655-1300
Facsimile: 415-707-2010

Attorneys for Defendant, KINKISHARYO INTERNATIONAL, L.L.C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE ARMENDARIZ, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>KINKISHARYO INTERNATIONAL, LLC a limited liability company; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No.: 2:19-cv-08757-JAK-KS<br><br>CLASS ACTION<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed:     September 11, 2019<br>Action Removed: October 11, 2019<br>Trial Date:          Not set |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiff NOE ARMENDARIZ ("Plaintiff") and Defendant KINKISHARYO INTERNATIONAL, LLC ("Defendant") (collectively, the "Parties"), engaged in a private mediation with mediator Steven Rottman and thereafter reached a settlement of this matter and of Plaintiff's PAGA matter pending in Los Angeles County Superior Court. The Parties are working on memorializing the terms of settlement in a Memorandum of Understanding ("MOU") and will begin preparing a Stipulation of Class and PAGA Action Settlement and Release ("Agreement"). It is anticipated that the MOU will be finalized within the next 14 days, with the longer Agreement taking approximately 30 days thereafter to complete.

The settlement will require court approval using a two-stage motion process. A motion for preliminary approval will be filed, followed by a motion for final approval, assuming preliminary approval is granted. Dismissal of this matter will occur within 60 days after all settlement activities brought by the Parties for review by this Court are concluded.

Dated: July 15, 2024                Respectfully submitted,

**MOON LAW GROUP, PC**

By: _____
Kane Moon
H. Scott Leviant[1]

Attorneys for Plaintiff

Dated: July 15, 2024                **GREENBERG TRAURIG LLP**

By: /s/ Ryan C. Bykerk, by permission
Ronald J. Holland
Ryan C. Bykerk

Attorneys for Defendant

---

[1] Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, the filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.